UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAMEL Y. SALEH,

                Plaintiff,         **MEMORANDUM & ORDER**
                                                  09 CV 3485 (RJD)

-against-

ERIC H. HOLDER, et al.

                Defendants.
-----------------------------------------------------------------X

DEARIE, Chief Judge.

      Plaintiff seeks an order directing the United States Citizenship and Immigration Services ("USCIS") to adjudicate his application for naturalization. By written decision dated December 21, 2009, USCIS denied plaintiff's application. Accordingly, plaintiff's request before the Court is now moot and the Court dismisses his complaint with prejudice. The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       January 7, 2010                                         s/ Judge Raymond J. Dearie

                                                               RAYMOND J. DEARIE
                                                               United States District Judge